450 A.2d 1051

Commonwealth v. Hobbs, Jr., Appellant.

Submitted November 18, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

The judgment of sentence of the learned Lancaster County Common Pleas Court Judge Ronald L. Buckwalter is affirmed.